sion, Second Department. January 23, 1914.) Proceeding by the People of the State of New York against Charles Henderson. No opinion. Motion to dismiss appeal denied, on condition that appellant perfect his appeal, place the case on the calendar for the March term, and be ready for argument when reached; otherwise, motion granted.

PEOPLE, Respondent, v. HOLMES, Appellant. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Proceeding by the People of the State of New York against William Holmes. W. S. Kennedy, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. IAQUINTO. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Proceeding by the People of the State of New York against Samuel Iaquinto. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. KAPLAN, Appellant. (Supreme Court, Appellate Division, First Department. January 23, 1914.) Proceeding by the People of the State of New York against Nathan Kaplan. A. J. Levy, of New York City, for appellant. G. Z. Medalie, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE v. LEVENTHAL. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Proceeding by the People of the State of New York against Gus Leventhal. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE v. LINDSAY. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Proceeding by the People of the State of New York against John A. Lindsay. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. MARINO, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Proceeding by the People of the State of New York against Gaetano Marino. No opinion. Judgment of conviction and order affirmed.

PEOPLE v. MARKHEIM. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Proceeding by the People of the State of New York against Louis Markheim. No opinion. Time to file printed papers on appeal extended to January 22, 1914. See, also, 144 N. Y. Supp. 1136.

PEOPLE, Respondent, v. MEANLEY, Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Proceeding by the People of the State of New York against Catherine J. Meanley. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE v. MURPHY. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Proceeding by the People of the State of New York against Joseph Murphy. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE v. ORBACH. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Proceeding by the People of the State of New York against Julius Orbach. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Appellant, v. OSTRANDER, Respondent. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Proceeding by the People of the State of New York against George N. Ostrander. No opinion. Judgment (74 Misc. Rep. 610, 134 N. Y. Supp. 722) unanimously affirmed, with costs, on the opinion of Van Kirk, J. See, also, 156 App. Div. 909, 141 N. Y. Supp. 1139.

PEOPLE, Appellant, v. QUINN, Respondent. (Supreme Court, Appellate Division, Third Department. January 21, 1914.) Proceeding by the People of the State of New York against Michael Quinn. No opinion. Judgment unanimously affirmed with costs.

PEOPLE, Respondent, v. RANDAZZO, Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1914.) Proceeding by the People of the State of New York against Salvatore Randazzo. No opinion. Motion granted. See, also, 158 App. Div. 940, 143 N. Y. Supp. 1136.

PEOPLE, Appellant, v. SANTA CLARA LUMBER CO., Respondent. PEOPLE, Appellant, v. OSTRANDER, Respondent. (Actions 1 and 2.) (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Proceedings by the People of the State of New York against the Santa Clara Lumber Company and against George N. Ostrander. No opinions. Order affirmed, with costs. See, also, 144 App. Div. 860, 129 N. Y. Supp. 922; 145 N. Y. Supp. 1138.

PEOPLE, Appellant, v. SANTA CLARA LUMBER CO., Respondent. (Actions 1 and 2.) (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Proceedings by the People of the State of New York against the Santa Clara Lumber Company. No opin-